UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 01295
   JAMES J SIMMONS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-9228
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/14/06 and confirmed on 04/27/06.

2. The case was converted to Chapter 7 after confirmation, 06/13/2007.

3. The Debtor paid a total of $ 24036.26 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 15716.42 | .00 | 15716.42 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1164.15 | .00 | 99.57 |
| INTERNAL REVENUE SERVICE | PRIORITY | 32999.03 | .00 | 2822.43 |
| WELLS FARGO BANK | SECURED | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | 2647.31 | .00 | 2647.31 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 41164.14 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 5063.79 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18363.73 | 34163.18 | 46227.93 | .00 | 98754.84 |
| PRINCIPAL PAID | 18363.73 | 2922.00 | .00 | .00 | 21285.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 18363.73 | 2922.00 | .00 | .00 | 21285.73 |

The Debtor's attorney, COSSIDENTE SALUS & TOOLIS LTD , was allowed $   3000.00 and was paid $   1231.00  direct and $   1769.00  through the plan.

The Trustee received $    981.53 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/26/07                       /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 01295 JAMES J SIMMONS